UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-CR-30053 |
| | ) |
| JASON KING, | ) |
| | ) |
| Defendant. | ) |

**PROPOSED STATEMENT OF THE CASE**

This is a criminal case charged by way of Indictment. The defendant, Jason King, is charged in Count One of the Indictment with using a facility and means of interstate commerce to attempt to persuade, induce, entice, or coerce an individual who he believed to be a minor, to engage in any criminal sexual activity, on or between August 24 and August 29, 2020, in Sangamon County, Illinois.

The defendant is charged in Count Two of the Indictment with using a facility and means of interstate commerce with the intent to transmit the name, address, electronic mail address, or telephone number of an individual who he believed had not attained the age of sixteen and did so with the intent to attempt to entice, encourage, offer and solicit that person to engage in any criminal sexual activity,

between August 24, 2020 and August 29, 2020, in Sangamon County Illinois.

    The defendant has pleaded not guilty.

_____     _____
Tanner K. Jacobs                             Daniel L. Fultz
Assistant United States Attorney    Counsel for Jason King

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Daniel Fultz

/s/ *Tanner K. Jacobs*
Tanner K. Jacobs
Assistant United States Attorney